UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLAND M. KETEN,<br><br>                    Plaintiff,<br><br>       -against-<br><br>HONORABLE ANTHONY LOPEZ;<br>CORPORATION COUNSEL,<br><br>                    Defendants. | 20-CV-1626 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued July 9, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

   The Clerk of Court is directed to mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 9, 2020
         New York, New York

                                          _____
                                               Louis L. Stanton
                                               U.S.D.J.